

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 15, 2023

2022-1769 - Lone Star Technological Innovations, LLC v. ASUS Computer International

# NOTICE OF NON-COMPLIANCE

The document (Confidential and Nonconfidential Response Briefs) submitted by Lone Star Technological Innovations, LLC is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- References in the brief to appendix pages must follow the numbering format specified in Fed. Cir. R. 30(b)(4)(E). Refer to "Appendix Page References" in the court's Electronic Filing Procedures ("CM/ECF User's Guide") adopted pursuant to Fed. Cir. R. 25 ([Link](#)).

    *[Clerk's Note: No spaces or characters should be between Appx and the number (e.g. Appx. 1451 on page 6).]*

- Pages of the nonconfidential version containing redactions must bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

- The nonconfidential version must include a general descriptor of the redacted material over the deletion or redaction. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

- The proof of service for the confidential response indicates improper service of material that cannot be served through the court's electronic filing system. Fed. Cir. R. 25(e); Fed. Cir. R. 25(i)(1) (Corrected Filings). If a party has stated consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

                      FOR THE COURT

                      <u>/s/ Peter R. Marksteiner</u>
                      Peter R. Marksteiner
                      Clerk of Court
                      By: K. Heidrick, Deputy Clerk