# Appeal No. 22-1769, 22-2261

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

**LONE STAR TECHNOLOGICAL INNOVATIONS, LLC**,

*Plaintiff-Appellee,*

v.

**ASUS COMPUTER INTERNATIONAL**,

*Defendant*

**ASUSTEK COMPUTER, INC.,**

*Defendant-Appellant*

---

On Appeal from United States District Court for the Eastern District of Texas
Case No. 6:19-cv-00059-RWS

---

## NOTICE OF CORRECTION

Jennifer Ishimoto
ishimoto@banishlaw.com
BANIE & ISHIMOTO LLP
2100 Geng Road, Road 210
Palo Alto, California 94303
Telephone: (408) 981-9472
Facsimile: (650) 241-2770

*Attorney for Appellee Lone Star Technological Innovations, LLC*

In accordance with Federal Circuit Rule 25(i), and as required by this Court's Notice of Non-Compliance dated May 15, 2023 [Dkt. No. 43], Appellee Lone Star Technological Innovations, LLC respectfully submits this Notice of Correction for both its Confidential and public Responsive Briefs.

Lone Star filed its original confidential and public Responsive Briefs on May 5, 2023 [Dkt. Nos. 34 and 35]. Thereafter, Lone Star received a Notice of Non-Compliance. In making the corrections outlined in the Notice of Non-Compliance, Lone Star realized that that other citations to the Appendix were missing were cited incorrectly. To correct all of these issues, Lone Star filed Corrected Briefs on May 22, 2023. Specifically, the Corrected Briefs make the following corrections:

**I.** **Corrections to Citations to the Appendix** -- Below is a list of the specific corrections relating to the Appendix. In addition to these changes, the word count was changed to reflect the new correct total.

On page 1, the following corrections were made:

- "Appx. 922-923" was replaced by "Appx922-923"

On page 6, the following corrections were made:

- "Appx.1508-1542, Appx.7470-7497" was replaced by "Appx1508-1542, Appx7470-7497"

- "Appx. 1451, 1508-1542. Morever," was replaced by "Appx1451, Appx1508-1542. Moreover,"
- "Appx.2904-2906" was replaced with "Appx2904-2906"
- "Appx.7490" was replaced with "Appx7490"
- "Appx. 7481" was replaced with "Appx7481"

On page 9, the following corrections were made:

- "Appx7584-85" was replaced with "Appx7584-7585" [Note: This replacement was made twice in a row.]
- "Appx7587-90" was replaced with "Appx7587-7590"

On page 10, the following corrections were made:

- "Appx.1995-1998" was replaced with "Appx1995-1998"

On page 11, the following corrections were made:

- "Appx. 29" was replaced with "Appx29"

On page 12, the following corrections were made:

- "Appx.7583, 7586" was replaced with "Appx7583, Appx7586"

On page 17, the following corrections were made:

- "Appx9948 at 14-23" was replaced with "Appx9948"

On page 20, the following corrections were made:

- "Appx9736 at 3-8" was replaced with "Appx9736"
- "Appx9736 405:3-8" was replaced with "Appx9736"

- “Appx9723 at 21-393:1” was replaced with “Appx9723-9724”

On page 21, the following corrections were made:

- “the’435 Patent” was replaced with “the ’435 Patent”
- “Appx9724 at 16-394:1” was replaced with “Appx9724-9725”
- “Appx9726 at 21-396:2” was replaced with “Appx9726-9727”

On page 22, the following corrections were made:

- “Appx9936-App9943” was replaced with “Appx9936-9943”
- “Appx9942-App9943” was replaced with “Appx9942-9943”
- “Appx9939-Appx9940” was replaced with “Appx9939-9940”
- “Appx9940-Appx9943” was replaced with “Appx9940-9943”

On page 24, the following corrections were made:

- “Appx9548-Appx9549” was replaced with “Appx9548-9549”

On page 25, the following corrections were made:

- “P-137A;” was replaced with “Appx10322-10350”
- “P-137” was replaced with “Appx10320-10321”

On page 26, the following corrections were made:

- “P-138” was replaced with “Appx10353”
- “P-139” was replaced with “Appx10359”
- “P-125” was replaced with “Appx10305-10319”

On page 29, the following corrections were made:

- "P104, See P104, Trial Tr., 231:9-232:20" was replaced with "Appx10242-10250, Appx9543-9546"

On page 30, the following corrections were made:

- At end of first bullet, added: "*Id.*"
- "P114, P115, P117, Trial Tr., 236:1-242:11" was replaced with "Appx10277, Appx10295-10296, Appx9546-9554"
- "P137" was replaced with "Appx10320-10321"
- "Trial Tr., 244:1-245:2; See also P138-139" was replaced with Appx9555-9559; *see also* Appx10353-10368"

On page 31, the following corrections were made:

- At the end of the continuation bullet at the top of the page, added "Appx9559"
- Reference to footnote 4 was replaced with "Appx9942-9951"

On page 32, citations were added that were previously missing. Specifically, the following corrections were made:

- Added "Appx10661-10674"
- Added "Appx10676, Appx10687-10690"
- Added "Appx10693-10705"
- Added "Appx10706-10712"

On page 33, citations were added that were previously missing. Specifically, the following corrections were made:

- Added "Appx10713-10714"
- Added "Appx2194-2198, Appx2395-2396"
- Added "Appx37-38"
- Added "Appx30-36"
- Added "Appx10715-10722"

On page 34, citations were added that were previously missing. Specifically, the following corrections were made:

- Added "Appx10723-10731"
- Added "Appx10741-10751"

On page 35, citations were added that were previously missing. Specifically, the following corrections were made:

- Added "*Id.*"
- Added "Appx8951-8954"
- Added "Id., Appx9699-9700"
- Added "Appx8951-8954"
- Added "Appx10760"

On page 36, citations were added that were previously missing. Specifically, the following corrections were made:

- Added “Appx10761-10764”
- Added “*Id.*”
- Added “Appx10766”
- Added “Appx9951”
- Added “Appx9691”
- Added “Appx9692”

On page 37, citations were added that were previously missing. Specifically, the following corrections were made:

- Added “Appx9692-9695”

On page 38, citations were added that were previously missing. Specifically, the following corrections were made:

- Added “Appx103-105”
- Added “Appx104”
- Added “Appx8951-8954”
- Deleted “See Docket No. 377, Ex. 12”

On page 47, the following corrections were made:

- “P-14A” was replaced with “Appx10133-10153”
- “P-26-1 to P-26-135” was replaced with “Appx1736-1739 (listing P-26-1 to P-26-135)”

On page 48, the following corrections were made:

- "P-26-1" was replaced with "Appx3049-3095"
- "P-26-1 at 36" was replaced with "Appx3084"

## II. Corrections to the Non-Confidential Brief

First, a legend has been added to pages 10, 12, 13, and 21, stating "Omitted Confidential Information" pursuant to Fed. Cir. R. 25.1(e)(1)(B). These are the only pages with redacted Confidential Information.

Second, general descriptors of the redacted material have been added over the redactions on pages 10, 12, 13, and 21 in accordance with Fed. Cir. R. 25.1(e)(1)(B).

## III. Corrections to the Proof of Service for the Confidential Brief

The proof of service for the Confidential Brief has been corrected to reflect the fact that all counsel of record was served via email.

Dated: May 22, 2023

Respectfully submitted,

*/s/ Jennifer Ishimoto*

Jennifer Ishimoto
BANIE & ISHIMOTO LLP
2100 Geng Road, Suite 210
Palo Alto, CA 94303
ishimoto@banishlaw.com

*Attorneys for Appellee Lone Star Technological Innovations, LLC*

**CERTIFICATE OF INTEREST**

Counsel for Appellee certifies the following, pursuant to Federal Circuit Rule 47.4:

1) Full name of every party or amicus represented in the case by the attorney:

Lone Star Technological Innovations, LLC

2) Name of real party interest if the party named in the caption is not the real party in interest:

Not applicable.

3) The corporate disclosure statement prescribed in Fed. R. App. P. 26.1 and identifying each party with its parent corporation or any publicly held corporation that owns 10% or more of its stock:

TGT Enterprise, LLC

4) The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not already listed on the docket for the current case:

Listed below are counsel that were involved in the lower litigations:

1. Carter Arnett PLLC:
    a. Michael Clayton Pomeroy
    b. Monica Litle Goff
    c. Joshua James Bennett

d. Bradley David Liddle

e. Daniel Louis Schmid

f. Dorothy Abzanka Culham

g. James Robert Arnett, II

h. Laura Maninger

2. Wittliff Cutter PLLC:

   a. John David Saba, Jr.

3. Hardy Parrish Yang LLP:

   a. William Morrison Parrish

4. DiNovo Price Ellwanger & Hardy LLP:

   a. Minghui Yang

5. Banie & Ishimoto LLP:

   a. John Alexander Lee

Dated: May 22, 2023

*/s/ Jennifer Ishimoto*
Jennifer Ishimoto

**CERTIFICATE OF SERVICE**

I, Jennifer Ishimoto, hereby certify on this 22nd day of May 2023 that I am electronically filing the foregoing document using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Jennifer Ishimoto*

Jennifer Ishimoto